**SHINYEI CORPORATION OF AMERICA, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**Nos. 03–1288, 03–1289.**

United States Court of Appeals,
Federal Circuit.

June 30, 2003.

ON MOTION

LOURIE, Circuit Judge.

*ORDER*

The United States moves for a 30–day extension of time, until July 24, 2003, to file its brief. Shinyei Corporation of America opposes and moves without opposition to dismiss voluntarily its appeal 03–1289.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The United States' motion for an extension of time is granted.

(2) Shinyei's motion to dismiss voluntarily 03–1289 is granted.

(3) Each side shall bear its own costs for 03–1289.